**SEALED**

FILED
July 24, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     RR
           Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Case No: SA:24-CR-00348-JKP

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>EDDIE SANCHEZ<br><br>Defendants | **INDICTMENT**<br><br>**COUNT 1:** 49 U.S.C. §46504<br>Interference With Flight Crew Members and Attendants |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[49 U.S.C. § 46504]**

On or about May 26, 2024 in the Western District of Texas, Defendant,

**EDDIE SANCHEZ**

on an aircraft in the special aircraft jurisdiction of the United States, namely Delta Flight 570, with service from Salt Lake City, Utah to San Antonio Texas, and aircraft registration number N361NB, did knowingly interfere with the performance of the duties of C.L., a flight attendant of the aircraft, and lessen the ability of the member or attendant to perform those duties, by assaulting and intimidating the flight attendant, specifically by punching C.L. in the nose, in violation of Title 49, United States Code, Sections 46504.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY:  *[signature]*
FOR KARINA O'DANIEL
Assistant United States Attorney

1