UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  SA:24-CR-00348(1)-JKP |
| | § | |
| (1) EDDIE SANCHEZ | § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom B, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, **on Wednesday, September 23, 2026 at 10:00 AM.**

**Sentencing memoranda and motions relevant to the sentencing hearing must be submitted to the Court no later than 5 days prior to the sentencing hearing. The parties shall comply with Federal Rule of Criminal Procedure 32(f) and Local Rule 32(b)(3), as applicable, for filing objections to the presentence report. The Court will not consider untimely objections, motions, or memoranda absent a specific showing of good cause. *Cf.* Fed. R. Crim. P. 32(i)(1)(D). If the Court decides to consider an untimely objection or other filing, it may reset the sentencing hearing to provide the opposing party an opportunity to respond.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

It is so **ORDERED** this 6th day of July, 2026

JASON PULLIAM
UNITED STATES DISTRICT JUDGE